**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| ELIZABETH FISHMAN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> ICF CONSULTING GROUP, INC., <br><br> *Defendant*. | Case No. 1:20-cv-00219-TSE-TCB |

## NOTICE OF SUPREME COURT RULING AND PARTIES' SETTLEMENT

Plaintiff Elizabeth Fishman and Defendant ICF Consulting Group, Inc. (collectively, the "Parties"), through undersigned counsel and as instructed by the Court in its June 1, 2020 Order [ECF No. 20], hereby advise the Court that the U.S. Supreme Court issued its ruling in *Barr v. Am. Ass'n of Political Consultants*, No. 19-631 (U.S. July 6, 2020), affirming the Fourth Circuit's ruling in *Am. Ass'n of Political Consultants, Inc. v. FCC*, 923 F.3d 159 (4th Cir. 2019).

The Parties hereby further notify the Court that they have reached an individual settlement of Plaintiff's claims against Defendant. The Parties are finalizing the settlement papers and expect to file the appropriate dismissal papers shortly.

Dated: July 7, 2020                                  Respectfully submitted,

                                                                */s/ Amy Brown Doolittle*
                                                                Amy Brown Doolittle (VSB #37824)
                                                                Squire Patton Boggs (US) LLP
                                                                2550 M Street, NW
                                                                Washington, DC 20037

- 2 -

Telephone: (202) 626-6707
Facsimile: (202) 457-6315
amy.doolittle@squirepb.com

*Counsel for ICF Consulting Group, Inc.*


*/s/ William Robinson*
William Robinson
934 Old Gallows Road, Suite 350K
Vienna, VA 22181
Telephone: (703) 789-4800
william@robinsonlaw.com

*Counsel for Plaintiff and all others similarly situated*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on July 7, 2020, and accordingly served automatically upon all counsel of record for this matter.

*/s/ Amy Brown Doolittle*
Amy Brown Doolittle