UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELIZABETH FISHMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ICF CONSULTING GROUP, INC.,<br><br>*Defendant.* | Case No. 1:20-cv-00219-TSE-TCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice as to Plaintiff Elizabeth Fishman's individual claims and without prejudice to the class claims. Each party is to bear its own costs and attorneys' fees.

Dated: August 6, 2020

So Ordered
/s/
T. S. Ellis, III       8/6/20
United States District Judge

Respectfully submitted,

/s/ *Amy Brown Doolittle*
Amy Brown Doolittle (VSB #37824)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 626-6707
Facsimile: (202) 457-6315
amy.doolittle@squirepb.com

*Counsel for ICF Consulting Group, Inc.*

*/s/ William Robinson*
William Robinson
934 Old Gallows Road, Suite 350K
Vienna, VA 22181
Telephone: (703) 789-4800
william@robinsonlaw.com

*Counsel for Plaintiff and all others similarly situated*
